No. 91–5755. MAXWELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5757. WHITAKER v. SALVATION ARMY ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–5758. PRIDGEN v. BARNETT, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 91–5765. ZEIGLER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–5769. LIN v. FORDHAM UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5775. CLARKE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–5780. HERNANDEZ v. CITY OF TEMPLE, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5782. JACKSON ET AL. v. WARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5784. MARINO v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 91–5786. MYKJAALAND v. HICKEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5792. BROWN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 91–5798. LEE v. KEMPER GROUP, T/A LUMBERMEN'S MUTUAL INSURANCE CO., ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5799. CORLEY v. KEOHANE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 91–5801. WILEY v. GIBSON ET AL. Ct. App. Ind. Certiorari denied.

No. 91–5803. TETER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.